JOSEPH N. BUCCHERI et al., Appellants, v PRUDENTIAL INSURANCE CO. OF AMERICA, Respondent, et al., Defendants.— Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Ramirez, J. (Appeal from Order of Supreme Court, Kings County, Ramirez, J.—Amended Answer.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.